UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG;
MAURICE GRIFFIN; KATHLEEN NOREIGA;
KIMRON PRIME; JONATHAN SILVA; and
CLARENCE STEWART;

    Plaintiffs,

v.

ATLANTIC YARDS DEVELOPMENT
COMPANY, LLC; BROOKLYN ARENA LLC;
BROOKLYN UNITED FOR INNOVATIVE
LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER
COMPANIES, LLC; FOREST CITY
ENTERPRISES, INC.; GAUSIA JONES; JANE
MARSHALL; ORBIN'S BIG GREEN
MACHINE; and BRUCE RATNER;

    Defendants.

No. 11-CV-5550 (JBW)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their undersigned counsel, as follows

1. Defendants Atlantic Yards Development Company, LLC, Brooklyn Arena, LLC, Brooklyn United for Innovative Local Development, James Caldwell, Forest City Ratner Companies, LLC, Forest City Enterprises, Inc., Jane Marshall and Bruce Ratner, through their counsel in this action – Kramer Levin Naftalis & Frankel LLP – have accepted service of the Complaint and acknowledge that all defendants, except Gausia Jones and Orbin's Big Green Machine were thus properly served as of November 22, 2011.

2. Plaintiffs have agreed to extend the time to respond to the Complaint for all defendants, except Gausia Jones and Orbin's Big Green Machine, to February 15, 2012.

3. Notwithstanding the extension of time to respond to the Complaint, the parties agree that this will not affect the timing of the Fed. R. Civ. P. 16(b) conference scheduled

before Magistrate Judge Azrack and the Fed. R. Civ. P. 26(f) conference that is required prior thereto.

Dated: December 8, 2011
New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
Matthew D. Brinckerhoff

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

JOHN C. GRAY, ESQ.
SOUTH BROOKLYN LEGAL SERVICES
Molly Thomas-Jensen
Sarah E. Dranoff
Nicole Salk
Gary Steven Stone

105 Court Street, 3rd Floor
Brooklyn, NY 11201
718-237-5500

*Attorneys for Plaintiffs*

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By: _____
Harold P. Weinberger

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for All Defendants
Except Gausia Jones and
Orbin's Big Green Machine*