**SUMMONS ISSUED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 15 2011 ★
BROOKLYN OFFICE

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME; JONATHAN SILVA; and CLARENCE STEWART;
                  Plaintiff
-vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC; BROOKLYN ARENA LLC; BROOKLYN UNITED FOR INNOVATIVE LOCAL DEVELOPMENT; JAMES CALDWELL; FOREST CITY RATNER COMPANIES,
                  Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

AZRACK, M.J.

**11 - 5550**

I, Andrew Apple, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   a) Law Offices of Irwin & Poznanski, 233 Broadway, New York, NY

   b) $800/month

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?       ☒ No   ☐ Yes, $ _____
   b) Do you receive any income from any other source?   ☒ No   ☐ Yes, $ _____

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 09 2011 ★
BROOKLYN OFFICE

Motion granted 11/18/11



In Forma Pauperis Form-General - U.S. District Court-EDNY Rev. 6/2002

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   No

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   _____

   _____

7. Do you pay for rent or for a mortgage? If so, how much each month?

   $300/month.

8. State any special financial circumstances which the Court should consider.

   _____

   _____

   _____

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10/18/11                    _____
                                        (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME; JONATHAN SILVA; and CLARENCE STEWART;

Plaintiff

-vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC; BROOKLYN ARENA LLC; BROOKLYN UNITED FOR INNOVATIVE LOCAL DEVELOPMENT; JAMES CALDWELL; FOREST CITY RATNER COMPANIES,

Defendant(s)

WEINSTEIN, J
AZRACK, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 15 2011 ★
BROOKLYN OFFICE

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

**11- 5550**

I, Pascal Armstrong, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   a) Local 2287 Carpenters' Union, 395 Hudson Street, New York, NY

   b) Roughly $3,000, pre-tax

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No  ☒ Yes, I own a duplex that is worth roughly $99,000

6. List the person(s) that you pay money to support and the amount you pay each month.

I spend at least $1,000 to support Isis Armstrong, and Destiny Narvarrow

7. Do you pay for rent or for a mortgage? If so, how much each month?

I pay $990 per month on my mortgage and $550 in rent.

8. State any special financial circumstances which the Court should consider.

I live in one state with my family and work in another, so I have to pay both rent a mortgage as well

as the cost of commuting back and forth.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 11/1/11

_____
(signature)

rev. 7/2002

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE
GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME;
JONATHAN SILVA; and CLARENCE STEWART;
                                             Plaintiff
                     -vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC;
BROOKLYN ARENA LLC; BROOKLYN UNITED FOR
INNOVATIVE LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER COMPANIES,
                              Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

11-5550

I, Maurice Griffin, _____, Plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

a) United Brotherhood of Carpenters & Joiners of America, Local 926 (Apprentice)

b) Varies -- I am not presently working on a job

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    a) Are you receiving any public benefits?     ☒ No   ☐ Yes, $ _____
    b) Do you receive any income from any other source?   ☒ No   ☐ Yes, $ _____



4. Do you have any money, including any money in a checking or savings account? If so, how much?

   Yes; I have roughly $2,000 in my checking account.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   I support my sixteen month old daughter and my partner.

7. Do you pay for rent or for a mortgage? If so, how much each month?

   $300/month

8. State any special financial circumstances which the Court should consider.

   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 11-07-11                    *Maurice Griffin* (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE
GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME;
JONATHAN SILVA; and CLARENCE STEWART;
                                    Plaintiff
                -vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC;
BROOKLYN ARENA LLC; BROOKLYN UNITED FOR
INNOVATIVE LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER COMPANIES,
                                    Defendant(s)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 15 2011 ★

BROOKLYN OFFICE

REQUEST TO PROCEED
IN FORMA PAUPERIS



AZRACK, M.J.

I, Kathleen Noreiga, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____
    _____
    _____

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    I was last employed from July 1, 2011 through the end of August 2011. I earned $900 per month.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    My daughter-in-law contributes toward our shared rent.

    a) Are you receiving any public benefits?          ☒ No  ☐ Yes, $ _____
    b) Do you receive any income from any other source? ☒ No  ☐ Yes, $ _____



4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    Yes. $110.

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No  ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

    I am trying to support my wife and three kids.

7.  Do you pay for rent or for a mortgage? If so, how much each month?

    $787/month.

8.  State any special financial circumstances which the Court should consider.

    I owe $3,000 in student loans. And I have been a victim of identity theft.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10/18/2011          Kathleen Morenga
                                    (signature)

rev. 7/2002

Case 1:11-cv-05550-JBW-JMA Document 12 Filed 12/09/11 Page 9 of 14 PageID #: 78

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE
GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME;
JONATHAN SILVA; and CLARENCE STEWART;
                                    Plaintiff
                    -vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC;
BROOKLYN ARENA LLC; BROOKLYN UNITED FOR
INNOVATIVE LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER COMPANIES,
                                    Defendant(s)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 15 2011 ★
BROOKLYN OFFICE

AZRACK, M.J.

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

11 - 5550

I, Kimron Prime_____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   a) I work for Home Depot in Brooklyn, NY.

   b) I earn $9 per hour, and work part time.

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?          ☒ No   ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No   ☐ Yes, $ _____



In Forma Pauperis Form-General - U.S. District Court-EDNY Rev. 6/2002

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   I have $800 in a checking account.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   None

7. Do you pay for rent or for a mortgage? If so, how much each month?

   No

8. State any special financial circumstances which the Court should consider.


I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 27/10/11                                  _Kinvon Plime_
                                                          (signature)

rev. 7/2002

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE
GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME;
JONATHAN SILVA; and CLARENCE STEWART;
                                    Plaintiff
            -vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC;
BROOKLYN ARENA LLC; BROOKLYN UNITED FOR
INNOVATIVE LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER COMPANIES,

                                    Defendant(s)

11 FILED 5550
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 15 2011 ★

BROOKLYN OFFICE

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

AZRACK, M.J.

I, Jonathan Silva _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    a) Brooklyn Woods, 125 8th Street, Brooklyn, NY 11215.

    b) $1920/month

2.  If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    a) Are you receiving any public benefits?          ☒ No  ☐ Yes, $ _____
    b) Do you receive any income from any other source? ☒ No  ☐ Yes, $ _____



4. Do you have any money, including any money in a checking or savings account? If so, how much?

   No

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   _____

7. Do you pay for rent or for a mortgage? If so, how much each month?

   $850/month

8. State any special financial circumstances which the Court should consider.

   _____

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10-18-2011                                      _____
                                                              (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW APPLE; PASCAL ARMSTRONG; MAURICE GRIFFIN; KATHLEEN NOREIGA; KIM▮▮▮▮▮▮; JONATHAN SILVA; and CLARENCE S▮▮▮▮▮

-vs-

ATLANTIC YARDS DEVELOPMENT CO., LLC; BROOKLYN ARENA LLC; BROOKLYN UNITED FOR INNOVATIVE LOCAL DEVELOPMENT; JAMES CALDWELL; FOREST CITY RATNER COMPANIES,

Defendant(s)



11-5550

REQUEST TO PROCEED
IN FORMA PAUPERIS

AZRACK, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 15 2011 ★
BROOKLYN OFFICE

I, Clarence Stewart _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____
   _____

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   I was last employed over one year ago. I earned roughly $1900 per month when I was employed.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   I receive monthly food stamps, totalling $200 per month.

   a) Are you receiving any public benefits?  ☐ No  ☒ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____



4. Do you have any money, including any money in a checking or savings account? If so, how much?

   No.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   I am trying to support my wife and three kids.

7. Do you pay for rent or for a mortgage? If so, how much each month?

   $1100/month.

8. State any special financial circumstances which the Court should consider.


I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10/18/11                                        _____
                                                        (signature)

rev. 7/2002