UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW APPLE; PASCAL ARMSTRONG; MAURICE GRIFFIN; KATHLEEN NOREIGA; KIMRON PRIME; JONATHAN SILVA; and CLARENCE STEWART,<br><br>                Plaintiffs,<br><br>v.<br><br>ATLANTIC YARDS DEVELOPMENT COMPANY, LLC; BROOKLYN ARENA LLC; BROOKLYN UNITED FOR INNOVATIVE LOCAL DEVELOPMENT; JAMES CALDWELL; FOREST CITY RATNER COMPANIES, LLC; FOREST CITY ENTERPRISES, INC.; GAUSIA JONES; JANE MARSHALL; ORBIN'S BIG GREEN MACHINE; and BRUCE RATNER,<br><br>                Defendants. | Case No. CV 11-5550 (JBW) (JA)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for defendants Gausia Jones and Orbin's Big Green Machine.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 24, 2012

       SHER TREMONTE LLP

       By: /s/ Michael Tremonte
            Michael Tremonte

       41 Madison Avenue, 41st Floor
       New York, NY  10010
       Tel.:   (212) 202-2603
       Fax:    (212) 202-4156
       mtremonte@shertremonte.com

       *Attorneys for Defendants Gausia Jones and Orbin's Big Green Machine*