UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW APPLE; PASCAL ARMSTRONG;
MAURICE GRIFFIN; KATHLEEN NOREIGA;
KIMRON PRIME; JONATHAN SILVA; and
CLARENCE STEWART,

CV 11-5550 (JBW) (JA)

Plaintiffs,

-against-

ATLANTIC YARDS DEVELOPMENT
COMPANY, LLC; BROOKLYN ARENA LLC;
BROOKLYN UNITED FOR INNOVATIVE
LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER
COMPANIES, LLC; FOREST CITY
ENTERPRISES, INC; GAUSIA JONES; JANE
MARSHALL; ORBIN'S BIG GREEN
MACHINE; and BRUCE RATNER,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the private non-governmental defendants listed below hereby certifies as follows:

1. Defendant Forest City Enterprises, Inc. is a publicly traded corporation and has no parent and no publicly traded subsidiaries or affiliates.

2. Defendants Forest City Ratner Companies, LLC, Brooklyn Arena, LLC and Atlantic Yards Development Company, LLC are limited liability companies that are not publicly traded, and their only publicly held corporate parent or affiliate is Forest City Enterprises, Inc.

3. Defendant Brooklyn United For Innovative Local Development is a not-for-profit corporation and has no parent and no publicly traded subsidiaries or affiliates.

Dated:   New York, New York
         February 15, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  /S/  Harold P. Weinberger                    
     Harold P. Weinberger
     Robert N. Holtzman
     Eileen M. Patt
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
hweinberger@kramerlevin.com
rholtzman@kramerlevin.com
epatt@kramerlevin.com

*Attorneys for defendants Atlantic Yards
Development Company, LLC, Brooklyn Arena,
LLC, Brooklyn United for Innovative Local
Development, James Caldwell, Forest City Ratner
Companies, LLC, Forest City Enterprises, Inc.,
Jane Marshall, and Bruce Ratner*