UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREW APPLE; PASCAL ARMSTRONG;
MAURICE GRIFFIN; KATHLEEN NOREIGA;
KIMRON PRIME; JONATHAN SILVA; and
CLARENCE STEWART,

                          CV 11-5550 (JBW) (JA)

           Plaintiffs,

                          **NOTICE OF MOTION**

     -against-

ATLANTIC YARDS DEVELOPMENT
COMPANY, LLC; BROOKLYN ARENA LLC;
BROOKLYN UNITED FOR INNOVATIVE
LOCAL DEVELOPMENT; JAMES
CALDWELL; FOREST CITY RATNER
COMPANIES, LLC; FOREST CITY
ENTERPRISES, INC; GAUSIA JONES; JANE
MARSHALL; ORBIN'S BIG GREEN
MACHINE; and BRUCE RATNER,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that, upon the accompanying memorandum of law, declaration of Harold P. Weinberger dated February 15, 2012 and the exhibit annexed thereto, and all other papers and proceedings in this action, defendants Atlantic Yards Development Company, LLC, Brooklyn Arena, LLC, Forest City Ratner Companies, LLC, Forest City Enterprises, Inc., Jane Marshall, Bruce Ratner (collectively, the "Forest City defendants"), Brooklyn United for Innovative Local Development, and James Caldwell (together, the "BUILD defendants"), by their undersigned counsel, will move this Court, before the Honorable Jack B. Weinstein, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, on April 17, 2012 at 10:00 a.m., for entry of an order dismissing the following claims in the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure and awarding such other and further relief as the Court deems just and proper:  (i) the Fourth Cause of Action under General Business Law Section 349 as against the Forest City and BUILD defendants; (ii) the Fifth and Sixth Causes of Action for breach of contract as against defendants Ratner, Marshall and Caldwell; (iii) the Seventh Cause of Action for promissory estoppel as against the Forest City and BUILD defendants; (iv) the Third Cause of Action for fraudulent inducement as against the Forest City and BUILD defendants; (v) the Eighth Cause of Action for unjust enrichment as against the Forest City and BUILD defendants; and (vi) the First and Second Causes of Action for violations of the Fair Labor Standards Act and New York Labor Law claims as against the Forest City defendants.

Dated: New York, New York
       February 15, 2012

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By:     /s/ Harold P. Weinberger
                                            Harold P. Weinberger
                                            Robert N. Holtzman
                                            Eileen M. Patt

                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            (212) 715-9100
                                            hweinberger@kramerlevin.com
                                            rholtzman@kramerlevin.com
                                            epatt@kramerlevin.com

                                            *Attorneys for defendants Atlantic Yards Development Company, LLC, Brooklyn Arena, LLC, Brooklyn United for Innovative Local Development, James Caldwell, Forest City Ratner Companies, LLC, Forest City Enterprises, Inc., Jane Marshall, and Bruce Ratner*

To:        Matthew D. Brinkerhoff
EMERY CELLI BRINKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000

JOHN C. GRAY, ESQ.
SOUTH BROOKLYN LEGAL SERVICES
Molly Thomas-Jensen
Sarah E. Dranoff
Nicole Salk
Gary Steven Stone
105 Court Street, 3rd Floor
Brooklyn, NY 11201
(718) 237-5500

*Attorneys for plaintiffs*

SHER TREMONTE LLP
Michael Tremonte
41 Madison Avenue, 41st Floor
New York, NY 10010
(212) 202-2600

*Attorneys for defendants Gausia Jones
and Orbin's Big Green Machine*